UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert Tycell Lockhart                           Docket No. 5:13-CR-98-1BO

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Tycell Lockhart, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute a Quantity of Cocaine Base (Crack) and a Quantity of Oxycodone and 18 U.S.C. § 924(c)(1), Possession of Firearm in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 19, 2013, to the custody of the Bureau of Prisons for a term of 72 months. On November 6, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment sentence was reduced to 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Robert Tycell Lockhart was released from custody on April 19, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine sample which tested positive for cocaine on May 10, 2018. The defendant admitted to using cocaine. We are recommending that the defendant obtain a substance abuse assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2568<br>Executed On: June 07, 2018 |

Robert Tycell Lockhart
Docket No. 5:13-CR-98-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___9___ day of __June_____, 2018, and ordered filed and made a part of the records in the above case.

*/s/ Terrence Boyle*
Terrence W. Boyle
U.S. District Judge